JOSEPH ALLOCCO, Respondent, *v.* ANTONIO SCODES et al., Appellants.

Supreme Court, Appellate Term, Second Department, October 15, 1943.

*Jacob Mishler* for appellants.

*Benjamin Roth* and *Samuel M. Ostroff* for respondent.

MEMORANDUM *Per Curiam.* Order affirmed, with ten dollars costs. Appeal from inquest and judgment dismissed. No appeal lies therefrom. (N. Y. City Mun. Ct. Code, § 154; L. 1915, ch. 279, as amd.) No opinion.

MacCRATE, McCOOEY and STEINBRINK, JJ., concur.